UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Garry Hines**　　　　　　　　　　　　　　　　　　　　　　**Docket No. 7:18-CR-132-2D**

**Petition for Action on Supervised Release**

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Garry Hines, who, upon a finding of guilt by jury to Distribution of a Quantity of Heroin and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2, Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and Possession with Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 16, 2019, to the custody of the Bureau of Prisons for a term of 276 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

The defendant was granted clemency by former U.S. President Joseph R. Biden Jr., and the total term of imprisonment was commuted. Hines was released to his term of supervised release on July 16, 2025.

On July 31, 2025, a Violation Report was submitted to the court regarding the defendant's use of controlled substances. No additional action was recommended to allow the defendant an opportunity to comply with substance abuse testing and treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 4, 2025, and December 1, 2025, the defendant submitted to urinalyses that were confirmed positive for marijuana. As a sanction for his drug use, the defendant agreed to a curfew enforced by GPS for up to 90 days. Furthermore, the defendant will participate in enhanced substance abuse treatment, which includes prescribed medication. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Garry Hines
Docket No. 7:18-CR-132-2D
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John P. Nasuti
John P. Nasuti
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2056
Executed On: January 9, 2026

## ORDER OF THE COURT

Considered and ordered this \_\_\_12\_\_\_ day of \_\_\_January\_\_\_, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge